IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO.  2:07cr180-WKW |
| ) | |
| BOBBY LEE JOHNSON    ) | |

**UNOPPOSED MOTION TO AMEND**

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. On August 15, 2007, the Grand Jury for the Middle District of Alabama returned an indictment against Defendant Bobby Lee Johnson.

2. It was brought to the attention of the United States that the defendant's name was incorrectly listed and should be Bobby Lee Johnson, Jr.  The United States respectfully moves to amend the style of the case and pleadings to reflect the defendant's name which is Bobby Lee Johnson, Jr.

Respectfully submitted this 21st day of September, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/Nathan D. Stump
NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07cr180-WKW |
| | ) | |
| BOBBY LEE JOHNSON | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mike Peterson, Esq.

    Respectfully submitted,

    /s/Nathan  T. Stump
    NATHAN D. STUMP
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: nathan.stump@usdoj.gov