IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION


UNITED STATES OF AMERICA          )
                                  )
        v.                        )          CR. NO.  2:07cr180-WKW
                                  )
BOBBY LEE JOHNSON                 )


**<u>ORDER</u>**

Before the court is the government's Unopposed Motion to Amend (Doc. #5) in which it seeks to amend the style of the case and pleadings because the defendant was indicted as Bobby Lee Johnson when his actual name is Bobby Lee Johnson, Jr.  The motion is GRANTED.  The Clerk is directed to reflect the change in name to Bobby Lee Johnson, Jr., on the case action summary.

DONE this 11th day of October, 2007.

          /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE