IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07-cr-180-WKW |
| ) | |
| BOBBY LEE JOHNSON ) | |

## ACKNOWLEDGEMENT OF SENTENCING CONSIDERATIONS

COMES NOW the Defendant, **BOBBY LEE JOHNSON**, by and through undersigned counsel, Donnie W. Bethel, and notifies the Court that Mr. Bethel has advised Mr. Johnson of the following:

1. The sentencing guidelines contained in the United States Sentencing Commission Guidelines Manual (Guidelines) are no longer mandatory, but remain an important factor that the Court will consider in determining a reasonable sentence.

2. In addition to the Guidelines, in determining a reasonable and appropriate sentence the Court will consider the sentencing factors set forth in Title 18, Section 3553(a), of the United States Code. Those sentencing factors include:

    a.    the nature and circumstances of the offense;

    b.    the history and characteristics of the Defendant;

    c.    the need to reflect the seriousness of the offense;

    d.    the need to promote respect for the law;

    e.    the need to provide just punishment for the offense;

   f. the need for deterrence;

   g. the need to protect the public;

   h. the need to provide the Defendant with educational or vocational training;

   i. the need to provide the Defendant with medical care;

   j. the kinds of sentences available;

   k. the need to avoid unwanted sentencing disparities;

   l. the need to provide restitution to victims.

Dated this 25th day of October, 2007.

BOBBY LEE JOHNSON

DONNIE W. BETHEL
Assistant Federal Defender