# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 2:07-cr-180-WKW |
| ) | |
| BOBBY LEE JOHNSON ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

**NOW COMES** the Defendant, **BOBBY LEE JOHNSON,** through Undersigned Counsel, Donnie W. Bethel, and moves this Honorable Court to continue the sentencing hearing now scheduled for January 17, 2008.

1. Mr. Johnson's sentencing hearing is presently scheduled for January 17, 2008, at 10:15 a.m.

2. The week of January 14, 2008, Undersigned Counsel will be in trial all week for two felony trials, United States v. Jason Simpson and United States v. Lawrence Dean. Immediately upon the conclusion of those trials, Undersigned Counsel will leave for Colorado, where he will attend the National Association of Criminal Defense Lawyer's Advanced Criminal Law Seminar, which will satisfy mandatory continuing legal education requirements. Undersigned Counsel will return to the Office of the Federal Defender on Tuesday, January 29, 2008.

3. Undersigned Counsel has several trials set for the trial term that begins February 4, 2008. Therefore, Mr. Sawyer requests that his sentencing hearing be rescheduled after February 11, 2008.

5.      The United States, through Assistant United States Attorney Nathan Stump, does not oppose Mr. Johnson's motion.

**WHEREFORE**, for the reasons set forth above**,** Mr. Johnson moves this Court to issue an Order continuing the sentencing hearing in this case.

Dated this 7th day of January 2008.

           Respectfully submitted,

           s/ Donnie W. Bethel
           DONNIE W. BETHEL
           Assistant Federal Defender
           201 Monroe Street, Suite 407
           Montgomery, Alabama 36104
           Phone: (334) 834-2099
           Fax: (334) 834-0353
           E-mail:don_bethel@fd.org
           IN Bar Code: 14773-49

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Nathan Stump, Assistant United States Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49