IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr180-WKW |
| | ) | |
| BOBBY LEE JOHNSON | ) | |

## **ORDER**

Upon consideration of the defendant's Unopposed Motion to Continue Sentencing Hearing (Doc. # 28), it is ORDERED that the motion is GRANTED. The sentencing hearing is CONTINUED from January 17, 2008, to **February 15, 2008, at 10:00 a.m.**

DONE this 8th day of January, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE