IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07cr180-WKW |
| | ) | |
| BOBBY LEE JOHNSON, JR. | ) | |

**<u>FINAL ORDER OF FORFEITURE</u>**

WHEREAS, on January 7, 2008, this court entered a Preliminary Order of Forfeiture, forfeiting the following property to the United States:

> One Marlin, semi-automatic rifle, .22 caliber, model 60, with a sawed off butt stock creating a pistol grip, bearing serial number 09355552.

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication would exceed the property's value; and,

WHEREAS, the court finds that defendant Bobby Lee Johnson, Jr. had an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such firearm in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following firearm is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

        One Marlin, semi-automatic rifle, .22 caliber, model 60, with a sawed off butt stock creating a pistol grip, bearing serial number 09355552.

2.  All right, title and interest to the firearm described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3.  The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4.  The Clerk of the Court shall forward two certified copies of this order to the United States Attorney's Office.

SO ORDERED this 27th day of February, 2008.

                          /s/ W. Keith Watkins
                          UNITED STATES DISTRICT JUDGE